# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan Khalsa

United States Magistrate Judge

Clerk's Minutes – Initial

| | | | |
|---|---|---|---|
| Date: | 6/21/2017 | Case Number: | 17mj1567 KK |
| Case Title: USA v. | Ruben Toledo | Liberty: | Rio Grande @ 10:02; 10:47 |
| Courtroom Clerk: | E. Hernandez | Total Time: | 5 minutes |
| Probation/Pretrial: | S. Avila-Toledo | Interpreter: | n/a |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Nicholas Ganjei | Defendant: | Pro se |

PROCEEDINGS:

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Preliminary/Detention    Rio Grande    6/22/2017    @ 9:30
- ☐ Other: